**1178**

UNITED STATES of America,
Plaintiff–Appellee,

v.

Leon Clifford FOSTER, Defendant–
Appellant.

No. 89–10405.

United States Court of Appeals,
Ninth Circuit.

Oct. 24, 1996.

Before: WALLACE and POOLE, Circuit Judges, and MARSH,* District Judge.

## ORDER

The Opinion filed September 12, 1996, is withdrawn.

---

* Honorable Malcolm F. Marsh, United States District Judge, District of Oregon, sitting by designation.